IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENNIS NAGLE,<br>      Plaintiff,<br><br>      v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>      Defendant. | Civil Action No. 08-673 |

O R D E R

AND NOW, this 8th day of September, 2008, after the plaintiff filed a petition seeking review of the determination of the Commissioner of Social Security denying his claim for disability and supplemental security income benefits, and after the defendant filed a motion for change of venue, and after the Report and Recommendation of the United States Magistrate Judge was issued, and the parties were granted thirteen days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the pleadings and the Report and Recommendation of the Magistrate Judge, which is adopted as the Opinion of this Court,

IT IS ORDERED that the defendant's motion for change of venue (Document No. 2) is granted, and that the instant complaint is transferred forthwith to the United States District Court for the Northern District of Ohio.

                                            s/ Terrence F. McVerry
                                            United States District Judge

cc:  All Counsel of Record

      Honorable Robert C. Mitchell
      United States Magistrate Judge